Katherine Siegfried (SBN 250558)
Law Office of Katherine Siegfried
1814 Franklin St, Suite 210
Oakland, CA 94612
Tel: 510.465.0018
Fax: 510.465.0017

United States District Court

Northern District of California

Oakland Division

| | |
|---|---|
| Wendy J. Quiane obo JB Jr.(a minor),<br><br>       Plaintiff,<br><br>  vs.<br><br><br><br>CAROLYN COLVIN, Commissioner of<br><br>Social Security Administration<br><br><br><br>       Defendant. | **Case No. 16-CV-3075**<br><br>Order re<br>**Petition of Wendy J. Quiane For Order Appointing Her As Guardian Ad Litem** |

Petitioner Wendy J. Quiane respectfully represents:

   1.   Wendy J. Quiane is the mother of JB Jr, a minor, who is under the age of 18.

   2.   The minor has claims for relief against the defendant on which a suit should be brought in this Court. The claims involve defendant's issuance of a Social Security decision adversely affecting the minor, and will be brought under Title 42, U.S.C. Sec. 405(g).

   3.   The underlying Social Security case was captioned "Wendy J. Quiane on behalf of JB Jr."

   4.   The minor has no guardian of his person or estate.

5. Petitioner, Wendy J. Quiane, is willing to serve as the guardian ad litem for the minor, is fully competent to understand and to protect the rights of the minor and has no interest adverse to that of the minor.

WHEREFORE, petitioner prays that she be appointed guardian ad litem of JB Jr. to prosecute this action.

Dated: June 6, 2016

  /s/ Wendy J. Quiane *
Wendy J. Quiane

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.**

/s/ Katherine Siegfried
-----------------------------
Katherine Siegfried,
Attorney for Plaintiff

### **ORDER**

Pursuant to the Petition of Wendy J. Quiane For Order Appointing Her As Guardian Ad Litem in her minor son's Social Security Appeal pursuant to 42 USC §405(g), it is so ordered.

Dated:   June 7, 2016.                               _____